No. 86–753. PENNELL ET AL. *v.* CITY OF SAN JOSE ET AL. Appeal from Sup. Ct. Cal. Motions of California Association of Realtors, Pacific Legal Foundation, and California Apartment Association for leave to file briefs as *amici curiae* granted. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 86–714. WESTFALL ET AL. *v.* ERWIN ET UX. C. A. 11th Cir. Certiorari granted.

No. 86–939. ETSI PIPELINE PROJECT *v.* MISSOURI ET AL.; and

No. 86–941. HODEL, SECRETARY OF THE INTERIOR, ET AL. *v.* MISSOURI ET AL. C. A. 8th Cir. Motion of petitioner in No. 86–939 to substitute ETSI Pipeline Project as petitioner in place of Energy Transportation Systems Inc. granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 85–6828. KNIGHT *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 86–562. THOMPSON ET AL. *v.* KENNICKELL. C. A. D. C. Cir. Certiorari denied.

No. 86–603. ABELS ET AL. *v.* MONROE COUNTY EDUCATION ASSN. Ct. App. Ind. Certiorari denied.

No. 86–611. CATERINO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 86–887. PASSAGE ET AL. *v.* PRUDENTIAL-BACHE SECURITIES, INC., ET AL. Sup. Ct. Mont. Certiorari denied.

No. 86–904. TRAINER ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 86–922. RAND ET AL. *v.* ANACONDA-ERICSSON, INC., ET AL. C. A. 2d Cir. Certiorari denied.